DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel For Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JOSE RANGEL-BARAJAS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-10-0465 FCD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| JOSE RANGEL-BARAJAS | ) | Date: February 7, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) | |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for JOSE RANGEL-BARAJAS, that the Court should vacate the status conference scheduled for January 4, 2011, at 10:00 a.m., and reset it for February 7, 2011, at 10:00 a.m.

Counsel for the defendant requires further time to review discovery, discuss the contents of the discovery with her client, and anticipates the receipt of an additional item of discovery to review with her client.

The parties further stipulate that the Court should exclude the period from the date of this order through February 7, 2011, when it

STIPULATION AND ORDER               1                    Rangel-Barajas

```
 1  computes the time within which the trial of the above criminal
 2  prosecution must commence for purposes of the Speedy Trial Act.  The
 3  parties stipulate that the ends of justice served by granting the
 4  defendant's request for a continuance outweigh the best interest of the
 5  public and the defendant in a speedy trial, and that this is an
 6  appropriate exclusion of time for defense preparation within the
 7  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).
 8  Dated: December 29, 2010          Respectfully submitted,

                                      DANIEL BRODERICK
                                      Federal Defender

                                      /s/ C. Fein
                                      _____
                                      COURTNEY FEIN
                                      Assistant Federal Defender

13  Dated: December 29, 2010          BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ C.Fein for
                                      _____
                                      MICHELE BECKWITH
                                      Assistant U.S. Attorney
```

STIPULATION AND ORDER                      2                         Rangel-Barajas

**ORDER**

**IT IS SO ORDERED.** The status conference is continued to February 7, 2011 at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through February 7, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: December 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE