DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE RANGEL-BARAJAS


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR. S-10-465-FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| JOSE RANGEL-BARAJAS, | ) | |
| | ) | Date:  March 14, 2011 |
| Defendant. | ) | Time:  10:00 a.m. |
| _____ | ) | Judge: Hon. Frank C. Damrell, Jr. |

        IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JOSE RANGEL-BARAJAS, that the status conference hearing date of February 28, 2011 be vacated, and the matter be set for change of plea on March 14, 2011 at 10:00 a.m.

        The reason for this continuance is the availability of counsel.

        Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 14, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED:   February 24, 2011.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender


                                               /s/ Courtney Fein
                                               COURTNEY FEIN
                                               Designated Counsel for Service
                                               Attorney for JOSE RANGEL-BARAJAS

DATED:   February 24, 2011.                    BENJAMIN WAGNER
                                               United States Attorney


                                               /s/ Courtney Fein for
                                               MICHELE BECKWITH
                                               Assistant U.S. Attorney
                                               Attorney for Plaintiff




                                   **ORDER**

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

ordered that the February 28, 2011,  status conference hearing be

continued to March 14, 2011, at 10:00 a.m.  Based on the representation

of defense counsel and good cause appearing there from, the Court

hereby finds that the failure to grant a continuance in this case would

deny defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  The

Court finds that the ends of justice to be served by granting a

continuance outweigh the best interests of the public and the defendant

in a speedy trial.  It is ordered that time up to and including the

March 14, 2011 status conference shall be excluded from computation of

time within which the trial of this matter must be commenced under the

Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and

                                     2

1  Local Code T-4, to allow defense counsel reasonable time to prepare.

2

3  Dated: February 24, 2011

4  _____

5  FRANK C. DAMRELL, JR.
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28