DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE RANGEL-BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-10-465-FCD |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| JOSE RANGEL-BARAJAS, | ) | |
| Defendant. | ) | Date: April 25, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JOSE RANGEL-BARAJAS, that the status conference hearing date of April 4, 2011 be vacated, and the matter be set for status conference on April 25, 2011 at 10:00 a.m.

The reason for this continuance is for defense preparation. Counsel is in the process of obtaining additional information for consideration by the government and the United States Probation Office.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 25, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 29, 2011.                    Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

                                                /s/ Courtney Fein
                                                COURTNEY FEIN
                                                Designated Counsel for Service
                                                Attorney for JOSE RANGEL-BARAJAS

DATED: March 29, 2011.                    BENJAMIN WAGNER
                                                United States Attorney

                                                /s/ Courtney Fein for
                                                MICHELE BECKWITH
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## **ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 4, 2011, status conference hearing be continued to **April 25, 2011, at 10:00 a.m.** Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 25, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:    March 29, 2011

                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE