DANIEL J. BRODERICK, Bar #89424
Federal Defender
COURTNEY FEIN, Bar #244785
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE RANGEL-BARAJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-10-465-FCD |
| Plaintiff, | ) ) ) | **STIPULATION AND ORDER: CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) ) | |
| JOSE RANGEL-BARAJAS, | ) ) | |
| Defendant. | ) ) ) | Date: May 2, 2011
Time: 10:00 a.m.
Judge: Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JOSE RANGEL-BARAJAS, that the status conference hearing date of April 25, 2011 be vacated, and the matter be set for status conference on May 2, 2011 at 10:00 a.m.

The reason for this continuance is for defense preparation.  Counsel has provided additional information to the United States Probation Office.  Should Probation produce a revised report, a review of said report with Mr. Rangel-Barajas will be required before change of plea.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including May 2, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: April 22, 2011.                    Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Courtney Fein
COURTNEY FEIN
Designated Counsel for Service
Attorney for JOSE RANGEL-BARAJAS

DATED: April 22, 2011.                    BENJAMIN WAGNER
United States Attorney

/s/ Courtney Fein for
MICHELE BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 25, 2011, status conference hearing be continued to May 2, 2011, at 10:00 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the May 2, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:    April 22, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE